# United States Court of Appeals
## For the First Circuit

No. 18-1039

UNITED STATES OF AMERICA,

Appellee,

v.

DAVID WRIGHT,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 28, 2019, is amended as follows:

On page 36, line 7, the symbol "§" should precede "2339B"

On page 46, line 23 change "martydom" to "martyrdom"